JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| DOUGLAS J. STEKKINGER,<br><br>     Petitioner,<br><br>    v.<br><br>R. NDOH, Warden,<br><br>     Respondent. | No. CV 16-02681-DFM<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: November 5, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge